# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Stefannie Dyson

Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s)
and prisoner number(s) in this action.)

vs.

Jordan Lane et al

RECEIVED
JAN 10 2025
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Case No. 25-cv-140-JWB/JFD
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓   NO ___

Defendant(s).

(Enter the full name(s) of ALL defendants in
this action. Please attach additional sheets
if necessary).

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

in this action or otherwise relating to your imprisonment in the last three years?   *No imprisonment*
- ☐ Yes
- ☐ No        *N/A*

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

1. Parties to the previous lawsuit:

    Plaintiffs: *Stefannie Dyson*

    Defendants: *Jordan Lane et al*

2. Court (If federal court, name the district. If state court, name the state and county.):
    *United States District Court Northern Division*

3. Case Number: *1:24 CV-08778*

4. Name of judge assigned to the case:

5. Cause of action (Cite the statute under which you filed and write a brief statement of the case): *1983*

6. Disposition or final determination of the case (for example, dismissed or appealed).
    *Dismiss without Prejudice*

7. Approximate date of filing the lawsuit: *10/24*

8. Approximate date of disposition or final determination of the lawsuit:
    *11/24*

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

2

**If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).**
**Check here if additional sheets of paper are attached.** ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

    ☐ Yes

    ☐ No

*N/A*

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

    ☐ Yes

    ☐ No

C. If you answered "yes" to question II.B.:
   1. What steps did you take:

*N/A*

   2. What was the result?

\*\*\*Attach a copy of the decision or disposition received from the prisoner grievance procedure.\*\*\*\*

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

*N/A*

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.    Name of Plaintiff:

      Prisoner Number

      Address

*See attached*

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B.   Name:

Official Position:

Employer's Address:

Additional Defendants:   *See attached Defendant List*

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A.   *See attached Complaint*

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

### V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes.

*See attached complaint*

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this 10th day of January, 2025

Signature(s) of Plaintiff(s) _By: Dyson, Stefannie_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5

1) Jordan Lane Steger Police officer
   3322 Emerald Ave
   Steger IL 60475

2) Jasmine Hall

   Aberdeen South Dakota

3) Ryan Boern Steger Police officer
   3322 Emerald Ave
   Steger IL 60475

4) Cook County Sheriff Department
   50 W Washington St
   Chicago IL 60602

5) Luciano Panici Cook County Circuit Court Judge
   16501 Kedzie Ave
   Markham IL 60428

6) Hennepin County Sheriff Department
   350 S 5th St
   Mpls MN 55415

7) Crystal Malone Cook County ASA
   69 W Washington
   Chicago IL 60602

8) Kimberly M Fox
   69 W Washington
   Chicago IL 60602

9) Jennifer Carlson Hennepin County CPS worker
   525 Portland Ave S
   Mpls MN 55415

10) Cook County Circuit Court
    16501 Kedzie Ave
    Markham IL 60428

11) Jason Hughes Hennepin County Sheriff Deputy
    350 S 5th Street
    Minneapolis MN 55415

RECEIVED
JAN 10 2025
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

12) Steger Police Department
    3322 Emerald Ave
    Steger IL 60475

13) ~~Melissa Dombrowski~~ Jerry Ruff Steger Police Chief
    3322 Emerald Ave
    Steger IL 60475

14) Robert Zivilich  Cook County Sheriff Deputy
    50 W Washington
    Chicago IL 60602

15) Danielle Tucker
    1100 S Hamilton
    Chicago IL 60612

16) Carmen Jackson  Cook County Circuit Court Juvenile Justice Clerk
    1100 S Hamilton
    Chicago IL 60612

17) Craig Engebretson  Cook County ASA
    1100 S Hamilton
    Chicago IL 60612

18) Catherine Howlett  Cook County ASA
    1100 S Hamilton
    Chicago IL 60612

19) Cook County Sheriff John Doe Deputy Thomas
    1100 S Hamilton
    Chicago IL 60612

20) ~~Michell~~ Michele M Pitman  Cook County Judge
    16501 Kedzie
    Markham IL 60428

21) Arthur W Willis  Cook County Circuit Court Judge
    2650 S California
    Chicago IL 60608

22) Susana Ortiz  Cook County Circuit Court Judge
    2650 S California
    Chicago IL 60608

23) Clark Jackson Cook County ASA
16501 Kedzie
Markham IL 60428

24) David Navarro Cook County Judge
2650 S California
Chicago IL 60608

25) Erica L Reddick Cook County Judge
2650 S California
Chicago IL 60608

26) Tommy Brewer Cook County Circuit Court Judge
16501 Kedzie
Markham IL 60428

27) John/Jane Doe Cook County Circuit Court Jurors #1-12

28) Holly McGarrity Cook County Court Reporter
2650 S California
Chicago IL 60608

29) Hennepin County Child Protection Services
525 Portland Ave S
Minneapolis MN 55415

30) Deidra Jane Doe Hennepin County CPS worker
525 Portland Ave S
Minneapolis MN 55415

31) Federal Bureau of Investigations Brooklyn Center Minnesota
1501 Freeway Blvd
Brooklyn Center MN 55430

32) John Gainer FBI Agent
1501 Freeway Blvd

33) Miles Beckner FBI agent
    1501 Freeway Blvd
    Brooklyn Center 55430

34) Chris Langert FBI agent
    1501 Freeway Blvd
    Brooklyn Center 55430