In the care of

Stefannie Dyson

Ifitsknowledgeuseek1@gmail.com

Chicago, IL

9/ 18/24

RECEIVED

JAN 10 2025

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## United States District Court District of Minnesota

Stefannie Dyson]

      Plaintiff  ]

        v.s    ]

Case No.  25-cv-140-JWB/JFD

Honorable Judge

· Jordan Lane, Jasmine Hall, Jerry Ruff, Ryan Boern, Steger Police Dept., Cook County Sheriff Dept., Luciano Panici, Danielle Tucker, Robert Zivilich, Carmen Jackson Cook County Circuit Court Juvenile Justice records clerk, Craig Engebretson, Catherine Catherine C Howlett, Cook County Sheriff Deputy Thomas, Hennepin County Sheriff Dept. , Michelle Pitman, Arthur W Willis, Susana Ortiz, Clork Jackson, John Lyke, Crystal Malone, Retha Stotts, Illinois Dept of Children and Family Services, Clork Jackson, David Navarro, Erica Reddick, Tommy Brewer, Kimberly Foxx, J/j Doe Juror 1, J/j Doe Juror 2, j/j Doe Juror 3, j/j Doe Juror 4, j/j Doe Juror 5, j/j Doe Juror 6, j/j Juror 7, j/j Doe Juror 8, j/j Doe Juror 9, j/j Doe 10, j/j Doe Juror 11, j/j Doe Juror 12, Danielle Tucker, Holly McGarrity, Jennifer Carlson, Cook County Circuit Court,  Crystal Malone, Hennepin County Department of Child Protection Services, Deidra Jane Doe Hennepin County CPS worker, Jason Hughes Hennepin County Sheriff Deputy, Federal Bureau of Investigations Brooklyn Center Minnesota, John Gainer FBI agent, Miles Beckner FBI agent, Chris Langert FBI agent

      Defendants]

### Complaint

### Demand For Jury Trial

60 MILLION DOLLAR CLAIM UNDER THE LITTLE TUCKERS ACT ACT 2. 4. C,

42 U.S.C.  SEC. 1983, and 42 U.S.C. § 1985, FOR VIOLATION OF DUE PROCESS BY HOLDING

PLAINTIFF'S PLEADINGS TO A HIGHER STANDARD WHEN ATTORNEYS DO

NOT HOLD A LICENSE ALSO CAUSED BY THE STATE STATUTES THAT ARE

NOT VALID LAWS, AND VIOLATION OF THE SEPARATION CLAUSE IN THE

CONSTITUTION, 14 th Amendment, 5 th Amendment, 6th Amendment,  4 th Amendment rights, 8 th Amendment

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff, Dyson Stefannie, to file amendment to Civil Claim. The claim is brought forward under the Tucker's Act, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code.

Plaintiff is in "Propia Persona" qualifying me as an attorney in fact, pursuant to "Black's Law Dictionary. This means that the court cannot impose the same standard upon me as is imposed on a BAR member attorney. It has been brought to my attention that Plaintiffs pleadings are in fact being held to the standard of or above a BAR member attorney. This claim was filed while Plaintiff was being unlawfully held in 22 hour lockdown in CCDOC by all defendants with absolutely no sufficient access to the law library or legal information or knowledge. Posing as an intentional and unfair disadvantage to Plaintiff. The United States Supreme Court Ruled; The practice of law cannot be licensed by any state (Schware V Board of Examiners, 353 U.S. 238, 239). This court will treat me as my own attorney, differently than it would treat me as the defendant. This claim will be under the "Tuckers Act" Codified at 28 U.S.C. sec. 1346 (a) and 1491.

All defendants violated the Tuckers Act, a federal law that strips the state officials of immunity when they violated due process or 5 th Amendment rights, as done in this case. All defendants were operating outside of the law and no immunity can be claimed. And all constitute as unlawful actions of cruel and unusual punishment of plaintiffs rights under Due Process Clause. These intentional violations have placed all defendants acting as co conspirators in a position of civil liability. No sovereignty claims can be made by a corporation in this case. No Qualified Immunity can be claimed, the policies of Federal Rules is to allow the case to proceed if the Plaintiff has any reasonable chance of obtaining relief. The Supreme Court has stated the issue is not whether a plaintiff will ultimately prevail but whether the claimant shall not be dismissed for "failure to state a claim unless it appears beyond doubt that plaintiff cannot prove no set of facts in support of his claim which would entitle relief (Conley v Gibson 355 U.S 41 1957). It is clear by the factual claims of the initial pleading and the fact that defendants cannot provide an answer in regard to the claim, that all facts and claims are true and factual and without argument and Plaintiff is entitled to relief in this case. Objective unreasonableness, as well as Objective deliberate indifference can be proven via evidence of the malicious, sadistic actions with intent to cause harm to plaintiff and refusal to perform lawful duties. The evidence clearly shows that all defendants knowingly disregarded objective risk of serious harm. All defendants acted wantonly when inflicting pain and injury. It is common knowledge that specifically Jordan Lane, Jasmine Hall, Ryan Boern, Luciano Panici, Catherine C Howlett, Steger Police Dept., Hennepin County Sheriff Dept., Cook County Circuit Court, Cook County Sheriff Dept., Jane Doe Juvenile Justice records clerk, Craig Engebretson, and Danielle Tucker. It is clear that their actions were purely motivated by all co conspirators personal biased feelings against plaintiff as a woman of color who exercised their Constitutional protections clearly motivated by race, gender, nationality, religion, and socioeconomic status, self-hatred, and jealousy, and all intentionally caused serious harm, and injury to plaintiff. All being done without authority, jurisdiction or lawful cause. Qualified Immunity defense will fail, if the law was clearly established at the time action occurred since reasonably competent sworn public officials should know the law governing his or her conduct; however, if official claims that extraordinary circumstances existed and can prove, based on objective facts, that he neither knew nor should have known relevant legal standard, defense should be applied. E-Z Mart Stoves, Inc. V Kirksey, C.A.8 (Ark) 1989, 885 F2d. 476.

Individual claims of immunity must be analyzed on facts specific, case by case basis to determine whether plaintiffs Federal or Constitutional rights were so clearly established when alleged misconduct was committed that any official in defendant's position would understand that what one was doing violates those rights. Robertson v Johnson County, KY. ED.KY. 1995, 896F Supp.673 Civil Rights 1376(2). There is no way defendants can claim immunity given the facts of this case.

Qualified Immunity will protect him if a reasonable person in their position would not have known at the time that their conduct was unlawful. Heller v Plave, S.D. Fla. 1990, 743F. Supp.1553. This cannot be claimed by any of the defendants due to the fact that Lane, Boern, Hughes all generated knowingly false

reports to bring forth the fraudulent Criminal claims. No jurisdiction of any kind was ever held by this court and lacked standing to bring forth this claim.

Officials bear the burden of proof with respect to elements of affirmative defense of qualified immunity including whether there were extraordinary circumstances and whether he neither knew or should have known of relevant legal standards. This has not and cannot be done in this case. The fact that all defendants' actions as sworn officials signed off or approved unlawful acts, by ignoring the deprivation of rights that they were being made aware of and allowing such unlawful acts to continue. And serves as evidence that all were fully aware of the consequences of their unlawful actions and completely disregarded all actions being taken in this matter.

### Deliberate Indifference

All defendants acted in deliberate indifference when they conspired to act outside of the law concerning not only the unlawful deprivation of rights but also, torturous infliction of undue burden and undue intentional harm. Plaintiff was subjected to for over 6 years and counting. It has been proven that 1) An objective and substantial risk to plaintiff and minors mental health, physical health and stability existed and 2) and all defendants had subjective knowledge of the risk and nevertheless disregarded it. All officials conspiring to deprive the plaintiff from adequate legal information as law requires and rights to the minors. It is clear and undeniable that defendants held an evil motive, and exhibited reckless, and callous indifference. Which was clear by not only Lane, Boern, and Hughes false reports including the perjurious criminal complaint of Jasmine Hall. Which Panici refused to sign and Lane signed in place of the judges signature. But also Panici's knowingly fraudulent warrant and unlawful approval of an illegal wiretap on plaintiff's cellphone without probable cause being present and due process being afforded. In clear violation of plaintiff's right to privacy.

All defendants exhibited reckless, unprofessional, fraudulent official misconduct conduct of not only unlawfully seizing the minors, all unlawful actions intentionally done. Undeniable evidence being the false claims of a court order to seize minors and concealment and misinformation of Hennepin County CPS workers having custody of the minors.

All actions exhibiting bad faith and ill will towards the plaintiff and undeniable evidence that all co conspirators were fully aware that no probable cause existed. And acted with both ill will and callous disregard of plaintiffs federally protected rights.

And targeted the plaintiff due to socioeconomic status, nationality and the fact that plaintiff was a female of color. All defendants have a well-established pattern of depriving people of color of their rights under the color of law via unlawful criminal proceedings.

Several Caucasian females were in a similar situation as plaintiffs in Cook County Jail and Cook County Circuit Court were afforded Constitutional protections and effective legal counsel. And had unlawful criminal charges dismissed and were released from jail within a few months time frame. One of such Caucasian females being Helen Kolar. While plaintiff remained in custody in clear unlawful restraint and was denied any and all Constitutional protections and denied effective assistance of counsel for over 3 years.

Both the objective element of a sufficiently serious deprivation is proven that all defendants were fully aware of the fact that this entire claim was unlawful, and that no personal, subject matter or geographic jurisdiction was held in this case. And willingly and knowingly conspired to cause intentional injury to plaintiff and minors. Knowing full well that this court had no intentions to ever return custody to the mother and undeniable evidence of this being Panici's unlawful no contact order issued for plaintiff to

have no contact with the minors. One of whom he knew full well was never a part of any DCFS proceeding making the false claim of Hall having full sole custody of A. Hall as the fraudulent Steger Criminal Complaint falsely claims. And all defendants acted with deliberate indifference to this fact and reckless deliberate indifference and disregard for any consequences of their actions.

The fact that all Cook County Officials who were 1) turning a blind eye to this deprivation of rights being done to plaintiff, and willfully and knowingly participating in the concealment of material facts and information from plaintiff and creating and using falsified reports and claims to bring forth knowingly false criminal charges. 2) Fully aware of events but refusing to adhere to the law, 3) Creating a policy of systematically depriving plaintiff of her Constitutionally Protected Rights to the minors, and due process of law. All acting knowingly in reckless disregard for the consequences displayed malicious and sadistic intent. And going so far as to conspire with appointed legal counsel Clork Jackson to mislead and misinform plaintiff and deprive plaintiff of the right to effective counsel. Jackson refused to file anything into the case in favor of plaintiffs rights or offer any defense and only filed what she was instructed to file by Pitman clear evidence of her conspiracy of deprivation of rights against plaintiff and intent to defraud. The subjective element being that all defendants acted with a sufficiently culpable state of mind. All defendants were fully aware that said actions were unlawful and worked to deprive plaintiff of Constitutional protections. And evidence proves all acts were clearly deliberate, and intentional with the deprivation of rights as their motives. All defendants actions of subjective recklessness by clearly disregarding risk of harm and injury to plaintiff.

Serving as evidence that all defendants acted with a subjectively culpable state of mind

intentionally, and deliberately failing to protect plaintiff from harm and injury and intentionally subjecting plaintiff to cruel and unusual punishment, and deprivation of rights without lawful cause. And are all liable in their individual and official capacities for injury claims in this case.

**This claim will address the following due process violations:**

a. The state's statutes are not valid laws, because they do not contain the three elements the constitution mandates must be present for something to be a valid law.

b. The state's day-to-day procedures violate the plaintiff's due process.

c. The state fails to properly train its employees therefore assuming liability for the unlawful actions taken by said employees who are in violation of the constitution as well as state statutes and CCDOC policies and procedures concerning this case and plaintiffs rights. As well as Cook County Circuit Courts policies and procedures.

d. The plaintiff was damaged while the defendants were enforcing state statutes while acting "under color of law," and the unconstitutional statutes, procedures, ordinances, and State laws are the source of this action.

e. The Administrative policies and procedures of the jail are in clear violation of due process.

f. The state's legal department is included in my civil claim for obvious reasons.

42 U.S. Code § 1983 - Civil action for deprivation of rights  Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or another proper proceeding for redress,

except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

### Statement of Jurisdiction:

Little Tucker Act (28 U.S.C. § 1346), the current version of which gives concurrent jurisdiction to the Court of Federal Claims and the District Courts. The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law.

### The Tuckers Act.

The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5 th Amendment violations of due process. The Tucker Act may be divided into the Big Tucker Act, which applies to claims above $10,000,000 and gives jurisdiction to the United States Court of Federal Claims, and the Little Tucker Act (28 U.S.C. § 1346), the current version of which gives concurrent jurisdiction to the Court of Federal Claims and the District Courts.

### Legal Notice:

Officers of the Court Pursuant to the United States Constitution, Federal Laws, and your oaths of office you are hereby given notice that you are not to violate the above or the plaintiff intends to commence a lawsuit against you for 60 million in damages as well. This concern stemming from the defendants and this court's pattern and history of corruption and deprivation of rights against plaintiff. And there seems to exist a conflict of interest here. Any unlawful conduct of the officers of the court will be well documented in the court record and that court record will be used as evidence in "The UNITED STATES COURT OF FEDERAL CLAIMS" case, to be filed in the "Court of Federal Claims", where the plaintiff will have a fair opportunity to present her case to an impartial Judge. Plaintiff, states officers of this court shall not conspire to hold her pleadings and her conduct to the heightened standard as a licensed attorney. Forcing a plaintiff to be held to the standard of a licensed attorney is a violation of the plaintiff's right to "Due Process." It was "Common Law Fraud" because no one had a license to practice law. The practice of law cannot be licensed by any state/State. Schware v. Board of Examiners, United States Reports 353 U.S. pgs. 238, 239. In Sims v. Aherns, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, it's a dues card and/or membership card. A club or association is not a license, it has a certificate from the State, and the two are not the same.

### Short And Plain Statement of The Claim

All defendants acted in deliberate indifference when they conspired to act outside of the law concerning not only the unlawful deprivation of rights but also, torturous infliction of undue burden and undue intentional harm to not only plaintiff but also to minors E,I and A Hall.  It has been proven 1) an objective and substantial risk to plaintiff and minors, mental and physical health and stability existed. 2) Government officials had subjective knowledge of the risk and nevertheless disregarded it.  All co conspirators were fully aware that the minors in question A, E,&I Hall. Had all been taken to Minnesota by Jasmine Hall several months prior to his fraudulent filing of the complaint and abandoned there with

his mother Vanessa Hall. They were all fully aware that Cook County Circuit Court had issued an Emergency Temporary Protective Order to the plaintiff to go to Minnesota and retrieve the minors from the grandmother's residence. And that A. Hall was never a part of the DCFS case they were claiming awarded custody to Hall. And were fully aware that the children were retrieved by the plaintiff in Eden Prairie Minnesota by the Eden Prairie Police Dept. on 8/27/2019. And decided to create falsified criminal complaint of fabricated events, locations, and dates in order to Commit aggravated kidnapping of plaintiff and minors and to bring false criminal claims with lack of authority to do so.

Undeniable evidence that no crime had been committed by the plaintiff whatsoever and that no jurisdiction was held by Cook County Officials to file any criminal claims. Which was confirmed by Steger Police Dept. Report stating that investigators Boern, and Lane were informed by Will County ASA Filipiak that "no crime was committed in Steger Illinois' ' and advised to contact Minnesota officials. Which is clear evidence of lack of probable cause held to bring forth this fraudulent claim all being done in bad faith and personal bias and prejudice against the plaintiff.

And all Cook County Circuit Court officials knowingly and willingly conspired to commit actual, intrinsic, and extrinsic fraud, and deprivation of rights under the color of law against plaintiff and minors in question.

Therefore, all co conspirators in this case showed reckless, deliberate indifference towards plaintiff and minors. Plaintiff's Constitutionally protected rights and serious risk of injury, and irreparable damage to plaintiff and minors. All actions being performed with malicious, sadistic intent to cause injury, undue burden, severe emotional distress to not only plaintiff but also to minors. And is clearly inevitable and undeniable in all these false reports and callous lies generated by all defendants. As well as evident by the misinformation, and vicious lies given to plaintiff and plaintiffs concerning the events of this unlawful case and occurrences. That was used to manipulate coerce and mislead plaintiff in this case.

Cook County Circuit Court, Hennepin County Sheriff Dept., Cook County Sheriff dept., Steger Police Dept., and all of its employees have a clear pattern of Constitutional violations against the people. Lane even being demoted from investigator to beat cop for his fraudulent acts that the municipality clearly rewards and condones.

This widespread common place practice policy and procedure for fraud deprivation of rights, and running a criminal enterprise of human trafficking, sexual Child trafficking, Child abduction and kidnapping child especially of color for financial gain. All being performed by simulation of legal process and under colorable law. All done with malicious, sadistic, intent and under reckless indifference to plaintiff, minors Constitutionally protected rights and risk of serious injury. And is liable for Constitutional violations in this case of malicious prosecution, Conspiracy of Deprivation of rights under the color of law. And is liable for damages and injury caused to plaintiff the law clearly states that supervisors, administration, and municipalities can be held liable for Unconstitutional practice leading to injury and is liable for counts 1-12.

**Jason Hughes, Jordan Lane, Ryan Boern, Jerry Ruff, Steger Police Depart., Hennepin County Sheriff Dept.:** Decided on or around 10/14/2019 to conspire with Jasmine Hall to create a false Steger Police Complaint complete with fabricated events, dates and locations. That they all were fully aware never occurred. Lane and Boern created false reports making malicious, sadistic lies and accusations against the mother and relayed these false allegations to co-conspirators in Hennepin County Sheriff Dept. Det. Jason Hughes and 3 FBI agents. And conspired with these Hennepin County Minnesota officials. To perform a warrantless raid on plaintiffs Minnesota residence equipped with helicopters on or about September of 2019 while a second Emergency Temporary Restraining Order Issued by Cook County

Circuit Court was in effect against Jasmine Hall. And all officials conspired to commit aggravated kidnapping of plaintiff and minors.

Then on 10/15/19 they conspired to obtain a fraudulent arrest warrant from Judge Luciano Panici to falsely arrest plaintiff in Hennepin County Minnesota. Which they knew they held no personal, subject matter, or geographic jurisdiction to do. So in efforts to gain said jurisdiction they engineered a knowingly false misrepresentation of events. Claiming that plaintiff kidnapped A,E,I Hall from Steger Illinois at Jasmine Hall's residence and fled to Minnesota with the children on 10/14/19.

Jason Hughes went on to execute this fraudulent arrest warrant on 10/17/19 and kidnapped the plaintiff and children at gunpoint in Minneapolis MN. And held all occupants of the house at gunpoint and illegally detained and violated their Constitutionally protected rights of the 4th Amendment. Illegally running their identities in the system and searched their pockets and clothing without lawful cause.

And lied about the whereabouts of the minors A, E, I Hall claiming that they were being handed over to Hennepin County CPS agents. And later falsely reported to the 911 operator that they were taken to a detention center. At the time of plaintiff's kidnapping her name was not even active in the NCIC system for an arrest warrant. Hughes couldn't even get the Hennepin County Jail to accept the plaintiff for over 2 hours. Hughes went on to falsely report to Hennepin County Sheriff deputies in intake that plaintiff was mentally ill.

And all co-conspirators Hughes, Lane, Ruff, Boern are individually liable in their individual and official capacities. All exhibited reckless disregard for any of the victims involved Constitutionally protected rights or the damage, injury and harm they caused by their malicious, sadistic actions against all victims.

Hughes joined the conspiracy in Sept, 2019 when he executed the warrantless raid on plaintiffs home and began making threatening harassing phone calls to plaintiff's phone, and friends and family members of plaintiff.

Ryan Boern joined the conspiracy in 2018 when he refused to return A. Hall (who was never a party to the DCFS case) to mother and falsely stated that mother "was found unfit." As his reasoning for depriving the mother of the right to the child.

Jordan Lane joined the conspiracy in Sept 2019 when he instructed Hennepin County Sheriffs Dept. to execute a warrantless raid on plaintiff's residence. Briefing them on lies and false misrepresentations, and made threatening phone calls to plaintiff and plaintiff's family and friends and even sent U.S Marshalls to Beloit WI to Sheila Peacock's home in Beloit Wi looking for plaintiff and minors without lawful cause authority or probable cause to do so.

Jerry Ruff acting as Steger Pd Chief joined the conspiracy around Sept. 2019 when he approved all unlawful actions of Lane and Boern. And when he knew no jurisdiction was held by Steger Pd to pursue any of these unlawful actions whatsoever. And stated to plaintiff that he knew he held no jurisdiction and claimed that he forwarded the case to the "appropriate authorities' ' and hung up the phone on plaintiff. Clear evidence of personal undeniable prejudice, bias as bad faith motive for deprivation of rights against plaintiff.

Hennepin County Sheriff office, and Cook County Circuit Court is liable for failure to train its employees and failure to supervise. And for promoting and maintaining a policy of deprivation of rights under the color of law of people of color. Which made said officers very comfortable in their unlawful actions against plaintiff and minors. And all individuals present at the home on 10/17/2019.

Both agencies allowed officers to proceed in unlawful actions without jurisdiction to do so. All co-conspirators clearly held bad faith motives to intentionally cause undue burden, injury, damages upon victims and wantonly inflicted pain, and injury upon all victims. Clear evidence of their sufficiently culpable state of mind in committing said violations. And all false reports generated serving as undeniable evidence of this fact.

Canto v Harris, 489 U.S 378, 109 S.Ct 1197, 103L.E d.2d 412(1989). "A municipality can be liable for failure to train its employees. When the municipality's failure shows a deliberate indifference to the rights of its inhabitants."

Lane and Boern were personally legally advised by Will county ASA Filipiak that "no crime had been committed in Steger Illinois" and that they held no jurisdiction to bring said actions. All false reports generated serve as evidence of bias, prejudice, personal feelings against mother as well as racial motivation and intent. And are all liable for counts 1-14 in their individual and official capacities.

### Jasmine Hall

Conspired in unlawful DCFS proceeding to conceal material facts and info that E, I Hall were being unlawfully, secretly transferred into his custody and unlawfully stripping the mother of her custodial rights to said infants. in the fraudulent 2016 DCFS proceedings and became bitter with plaintiff for being outed as a down low homosexual. And decided to conspire with Steger police officers and Cook County Court officials to deprive plaintiff of rights to minors A,E,I Hall. By creating false allegations of plaintiff kidnapping minors A,E,I Hall from his home in Steger Illinois on 10/14/2019. And claimed that he held full sole custody of all 3 minors when A. Hall was never a party to the DCFS case he claimed gave him said full sole custody of the minors.

All false misrepresentations being committed in bad faith with malicious, sadistic intent to cause injury and harm to plaintiff and minors and to kidnap all minors under the color of law and bring false criminal charges with these false claims. He was fully aware that mother obtained an emergency temporary protective order on 8/6/2019 from Cook County Circuit Court and secured the lawful return of said minors on 8/27/2019 in Eden Prairie Minnesota from his mother Vanessa Hall who made a police record of events with Eden Prairie Police Dept.

These lies and conspiracies were used to hold the plaintiff unlawfully in CCDOC for over 3 years on false charges of child abduction. And he was able to kidnap all minors and fled several states away after committing this fraud, conspiracy and perjury against plaintiff. And is liable in his individual capacity for counts 1-14. He initially joined the conspiracy when he created this perjurious criminal complaint on 10/14/2019.

### Craig Engebretson, Catherine C Howlett, Kimberly Foxx, Crystal Malone,

ASA conspired with Luciano Panici, Lane, Boern, Hall, Hughes, Hennepin County Sheriff Dept., FBI agents, Foxx, and Malone to bring knowingly false charges of child abduction. That stemmed from their fraudulent DCFS case that they had already used to unlawfully seize custody of E,I Hall from mother in 2016. They were fully aware the complaint was false. They had full access to the emergency TPO issued to the mother by Cook County Circuit Court and Eden Prairie MN Pd report. Proving CCCC held no jurisdiction in this case to bring any false criminal charges whatsoever. And still decided to obtain a fraudulent arrest warrant to kidnap plaintiff and minors. All co conspirators had full access to all Steger Police Dept. public police reports where Lane could not get any CCCC judge to sign the knowingly perjurious complaint. So he eventually signed it himself in the space requiring a judge's signature. Clear undeniable evidence of fraud and conspiracy in this case.

Hall clearly stated he took the minors to Minnesota and abandoned them there at his mothers residence several months prior. All public records serving as undeniable evidence of clear conspiracy against mother, racial bias, prejudice, conspiracy of deprivation of rights, fraud, and bad faith personal motives and intentions to cause injury. And reckless deliberate indifference for plaintiff and minors Constitutionally protected rights and undue injury being inflicted upon plaintiff and minors. All being done with clear malicious, sadistic culpable state of mind. And are all liable in their individual and official capacities for counts 1-14. And all co conspirators listed above joined the conspiracy on 10/15/2019 when they obtained the knowingly fraudulent arrest warrant from Panici. And officially when Foxx signed the indictment.

Retha Stotts, Kimberly Foxx, Crystal Malone acting as lead ASA on this fraudulent case. Created false indictment transcripts with court transcriber Holly A. McGarritty. Which they all signed which never occurred. In page 2 of transcript, it lists the objective, goal of the imaginary indictment hearing to be that plaintiff was physically present in Cook County Illinois on 8/27/2019 kidnapping E&I Hall. Which they all were fully aware was false misrepresentations of material facts, evidence and events.

While page 4 clearly states plaintiff retrieved the minors from grandmother Hall in Eden Prairie Minnesota on 8/27/2019. An undeniable contradiction, clear obvious evidence of a conspiracy of deprivation of rights, malicious prosecution, fraud, kidnapping, and false arrest. Bad faith motives and all willingly joined the conspiracy on 10/2019 when they decided to prosecute a knowingly fraudulent case.

The transcript goes on to claim that a panel of grand jurors deliberated to return an indictment based on this contradictory info that clearly disproved the claim. That supposedly was revealed via this indictment hearing from page 2-4.

Undeniable fraud Foxx was personally made aware of this unlawful proceeding by plaintiff in 2023 via USPS mail to her office and the federal Habeas Corpus filing where she personally signed her acknowledgement of this unlawful detainment along with Stotts. Who attempted to validate this unlawful detainment and knowingly and fraudulent case against plaintiff. And refused to dismiss the fraudulent charges and continue to adjudicate a case she and all participating, co conspirators knew no probable cause or jurisdiction existed to ever bring forth criminal child abduction charges.

Stotts joined the conspiracy when she began her unlawful attempts to validate the conspiracy against plaintiff in 2023 via her responses to the federal Habeas Corpus.

And are all liable for counts 1-14 in their individual and official capacities. For their clearly reckless deliberate indifference exhibited by their unlawful actions for plaintiff and minors constitutionally protected rights, and the intentional wanton infliction of injury and pain upon plaintiff and minors. All undeniably being committed in an intentional and culpable state of mind. With malicious, sadistic intent and in bad faith motives. All being fully aware that no probable cause existed to bring said criminal claims and no jurisdiction was held by CCCC in this case.

**Cook County Sheriff Deputy Thomas, Cook County Circuit Court Juvenile Justice Record clerk Carmen Jackson**

On 1/4/2021 around 2 pm Thomas and Jane Doe's conspiracy of deprivation of rights with Engebretson and Howlett to falsely arrest plaintiff on an unlawful stop order they had placed on plaintiff's name to ensure false arrest the next time that plaintiff came to the records dept. to inquire about fraudulent court orders. Using the fraudulent Wisconsin arrest warrant that they conspired with Wood County Wisconsin officials to issue.

Jane Doe records clerk asked plaintiff for her identification which she had never requested before on previous visits. And while the plaintiff was looking over DCFS court files she called deputy Thomas and gave him the plaintiffs id. Thomas stated he could not give plaintiff her id back because he needed to unlawfully detain plaintiff while he "called to Wisconsin to see if they wanted plaintiff there" on this fraudulent warrant. He then proceeded to violently snatch plaintiff's cell phone from her hand while she was attempting to place a call. He went on to seize plaintiffs keys and personal property and to go into plaintiffs coat pockets performing an illegal search and seizure of property. And threw the plaintiff in a cell for several hours claiming to be awaiting a response from Wisconsin. Around 4:30-5:00 pm. Thomas stated the plaintiff would be transported to CCDOC and held on the warrant.

This entire incident a clear 4th Amendment violation of plaintiff's right to be secure in her person, papers, and effects, and property, and free from illegal stop, search, arrest, search and seizure. And a clear violation of lawful Terry Stop requirements. Making 1/4/2019 the date that deputy Thomas, and Jane Doe records clerk joined the conspiracy. These unlawful acts were clearly done with reckless deliberate indifference for plaintiff's rights and with malicious, sadistic intent to cause injury to plaintiff and are liable in their individual and official capacities for violations of counts 1-14. All committed with a clearly culpable state of mind.

### Robert Zivalich, John Lyke, David Navarro, Susana Ortiz, Michelle M Pitman, Arthur W Willis, Clork Jackson

On 1/5/2021 plaintiff was denied bail by Cook County Judge John Lyke in violation of the Illinois State Constitution Article II section 7 "all persons shall be bailable by sufficient sureties... and the privilege of the Writ of habeas corpus shall not be suspended." And used the Wisconsin allegations to warrant his unlawful restraint stating that the Wisconsin claims which allegedly occurred 2018. A year prior to Cook County's false allegations as his basis for unlawful detainment. He committed perjury on the record of 1/5/2021 stating that plaintiff's habeas corpus demand would be addressed on 1/7/2021. Which he suspended, and stated that the plaintiff be held without bail. All violations being clearly done in conspiracy with fellow CCCC officials and in reckless deliberate indifference to plaintiff's rights or due process of law. And with sadistic, malicious intent to cause injury and is liable in his official and individual capacity for violations of counts 1- 14. And officially joined the conspiracy on 1/5/2021.

#### Robert Zivalich

Created a retroactive fugitive warrant on 1/5/2021 which Iriz Martinez signed and no judge ever signed. This clearly invalid fugitive warrant did not meet the lawful requirements of Illinois Statute 725 ILCS 225/13 of Arrest prior to requisition. And is clearly a constitutional violation of Ex Post Facto Law, and could not lawfully be used to detain plaintiff. And clearly violated plaintiffs' right to due process of law. And smiled and laughed at all court proceedings serving as his willful intent and reckless deliberate indifference, sadistic and malicious intent to inflict severe injury and harm upon plaintiff. All clearly committed with a culpable state of mind. And to violate plaintiffs rights. And willingly joined the conspiracy on 1/5/2021. And is liable in his individual and official capacity for said violations of counts 1-14.

#### David Navarro

On or about February 2021 plaintiff was to be heard in an extradition hearing where Navarro acted as Judge Navarro ignored constitutionally protected rights of plaintiff to bail and habeas corpus and ordered plaintiff held in custody without bail in violation of State and Federal Constitutions. And ignored all supporting facts and evidence that would guarantee plaintiffs right to bail and issued an unconstitutional order to have the plaintiff unlawfully held in custody without bail and without lawful

cause. And in clear reckless deliberate indifference of plaintiff's Constitutionally protected right to bail and in reckless deliberate indifference of the severe intentional injury and harm his unlawful actions caused plaintiff. All unlawful actions being carried out with malicious sadistic intent to cause said injury. All done with a clearly culpable state of mind. And is liable in his individual capacity for counts 1-14 and February of 2021 is the date he officially joined the conspiracy by the creation of his unconstitutional order and denied plaintiff due process of law.

### Susana Ortiz

Decided to commit perjury and deny plaintiff due process of law by 1 ignoring plaintiffs habeas corpus, 2 denying plaintiff process of service of extradition warrant to Wisconsin. And lying on record during court proceedings held via Zoom around 3/3/ 2021 stating that Cook County Deputy Forbes would be serving the plaintiff said warrant after the Zoom proceeding which officer Forbes denied having possession of or even knowledge of and never occurred. And Ortiz ordered an unconstitutional denial of bail in clear violation of plaintiff's constitutionally protected right to bail in clear reckless deliberate indifference for said rights and her perjury. Serving as evidence of her clear malicious, sadistic intent to cause harm and injury to the plaintiff. With clearly culpable state of mind and the day of her unlawful order being issued serving as the day she willfully joined said conspiracy against plaintiff and is liable in her individual and official capacity for counts 1-14.

### Erica Reddick

A date to hear plaintiff's Writ of Habeas Corpus to challenge said unlawful restraint and arrest was issued in February 2021 to be addressed by presiding judge Reddick. Plaintiff was never sent a transportation pass by Reddick to be brought to the proceeding. And instead continued to reschedule said hearing dated and state on the court notes that no attorney or plaintiff to the petition appeared in court. Even though plaintiff's friend appeared via Zoom to inform Reddick that no such transportation pass had ever been sent for plaintiff to be brought to the proceeding.

Reddick denied plaintiff due process of law, and the right of suitors to be heard. As well as suspended the Writ of Habeas corpus without cause. And kept the plaintiff unlawfully restrained in CCDOC without cause. In clear reckless deliberate indifference to plaintiffs constitutionally protected rights. And to the severe injury/ harm said unlawful actions were causing plaintiff. All rights being violated with clear malicious, sadistic intent and with a clearly culpable mind state that the fact of the denial of appearance clearly serves as evidence of.

And is liable in her individual, and official capacity for counts 1-14. And the day she denied plaintiff's court appearance and falsely misrepresented the fact that plaintiff nor her attorney appeared in court when she knew full well she had not sent the transportation pass to CCDOC to ensure plaintiff's appearance.

### Michele M pitman

Joined the conspiracy in 2021 when she began acting as judge in this case. Pitman was in clear conspiracy and committed perjury on several occasions, one claiming on 4/15/2021, that her case was not holding plaintiff in custody and that no such order existed requiring plaintiff to be held in custody. While her order dated 4/28/2022, clearly stated plaintiff shall "remain in custody" without lawful cause. While plaintiff held an active I-bond status on said criminal child abduction case. Clear evidence of not only unlawful restraint, conspiracy of deprivation of rights but also fraud.

Pitman would go on to deny plaintiff the right to appear in court on several occasions directing ASA Clork Jackson (Whom Pitman assigned to act as counsel against plaintiffs consent) to waive plaintiffs appearances at court proceedings without authority to do so. Pitman was fully aware that no personal, geographic, or subject matter jurisdiction was held by the Cook County Circuit Court to adjudicate this fraudulent case against plaintiff. She was fully aware that no probable cause ever existed to bring forth said fraudulent charges.

She was fully aware that plaintiff nor minors in question were even present in Illinois on 8/27/2019 as the fraudulent indictment falsely claimed. And ignored all material facts and evidence present in this case and continued to practice law from the bench instructing Jackson to file documents and access confidential medical records she knew she had no standing to do or access. In efforts to have plaintiff unlawfully committed to a psychiatric hospital without lawful cause or incident or suspicion of mental disease being present.

Pitman had plaintiff hand cuffed from behind at Zoom court appearances in or around 10/14/2021. While no other female CCDOC detainees were made to be cuffed from behind. And proceeded to deny plaintiff the right to appear in court for questioning this unnecessary unlawful restraint. Pitman also refused to allow plaintiff into the Zoom court proceeding on 4/28/2022 falsely claiming that Zoom was inoperable for Markham courthouse on that date which all other Markham CCDOC inmates had no problems accessing on that same exact date for their scheduled hearings.

Pitman denied remedy for over 2 ½ years, continuing the case at each proceeding due to plaintiff's lack of consent to an unwarranted unlawful BCX examination. And due to her incompetency Pitman was ignorant of how to enforce this BCX. So she then performed an unlawful change of venue transferring the entire case from Markham courthouse to CBC courthouse to Judge Arthur W Willis to conspire against plaintiff's rights and have her involuntarily committed to Elgin Mental Hospital around 1/2023.

### Arthur W Willis

Acting as extradition judge on or around 5/2021 suspended plaintiff's Writ of Habeas Corpus and refused to hear said petition stating that Pitman had issued an order for a BCX to be completed in the unrelated Child Abduction Case. Willis would go on to threaten ASA Andrea Luvelfeld (whom he had appointed counsel to plaintiff against plaintiff's objection and firing of Lubelfeld) that if she did not file documents and access plaintiff's confidential medical records. Which she had no standing to do, that he would hold her in purgatory if she continued to refuse.

Willis stated that plaintiff "may need psychiatric medications" and conspired with Cermak doctor Mandi Ayden to create a fraudulent observation BCX medical report. Which plaintiff did not consent to recommend plaintiff be involuntarily committed to a psychiatric hospital for 1 year after a 15-20 minute in person court appearance observation of plaintiff. Clear malpractice, fraud, and conspiracy to further commit deprivation of rights under the color of law.

Willis would go on to hold mock pre-rehearsed court hearings of bail proceedings where he would practice law from the bench. Handing both ASA's what he claimed was preprinted case law stating this as his basis for why he could not afford plaintiff her constitutionally protected right to bail.

Willis would also go on to be caught red handed committing fraud and perjury in open court on 2/3/2023. Falsely stating that Dr. Fidel Eschivarria generated a BCX report recommending involuntary commitment to the psychiatric hospital for a 1 year period.

Which the real report was then viewed in the open folder of ASA Christeen Neal and read into the court record revealing Willis's intent to commit perjury upon the record and to defraud plaintiff and the court. He would then go on to issue an unlawful order for involuntary commitment to DHS for unwarranted psychiatric evaluation. An order plaintiff held unlawfully in CCDOC custody.

Willis has also tampered with court records instructing court reporter on several occasions not to transcribe the plaintiff's constitutional arguments in court proceedings, which she agreed to on several occasions. He also entered false entries on the court docket of 5/19/22 and 6/8/22 stating that defendant was released on bail which never occurred and 5/19/22 that a Habeas Corpus was filed by him onto the record. Which was never found. He also instructed Iriz Martinex and her deputies not to file. Any of plaintiff's court pleadings unto the record. Which were being mailed in for several months. Which was not discovered by plaintiff and plaintiff's friends submitting said filings until around 10/22.

And upon said discovery refiled and reprinted all pleadings at family and friends expense. Willis continued to state that his case was not holding plaintiff in CCDOC custody. He stated that CCDOC and the courts were two separate entities. Clear evidence of his intent to commit perjury, fraud, deprivation of rights.

All these clearly unlawful unconstitutional violations being done with reckless deliberate indifference to plaintiff's constitutionally protected rights and with complete reckless deliberate indifference for the pain and injury, and suffering caused to said plaintiff. All clearly being done with undeniable malicious sadistic intent and clear culpability. Making both Pitman and Willis both liable in their individual and official capacities for injury caused by counts 1-14. Willis clearly joined the conspiracy of deprivation of rights in 5/2019-6/2019. When he suspended Habeas Corpus due to an unrelated BCX order in Pitman's criminal proceeding.

### Clork Jackson

ASA who was assigned as counsel for plaintiff in this criminal case she refused to enter any motions in the interest of plaintiff when asked to have the unlawful no contact order issued by Luciano Panici in regards to minors E,&I Hall. She refused and refused to have the case dismissed when requested to do so by plaintiff. She clearly worked for and with Pitman filing pleadings, accessing confidential medical records she knew she had no standing to file or access. After being officially fired on the record and in open court at every court proceeding. She even expressed this to Pitman in open court on record on at least two or three occasions. A clear violation of plaintiff's right to privacy.

Then willingly agreed to conspire with Pitman against the rights of plaintiff and conspired with Pitman to have plaintiff involuntarily committed to a psychiatric hospital for an unwarranted observation BCX which plaintiff refused to consent to. And both the court Pitman, and Jackson knew no personal, subject matter or geographic jurisdiction existed to even issue such an order. She conspired with Pitman on several occasions to waive plaintiffs appearances at several scheduled court proceedings without cause one being 4/28/2022.

Jackson played a key role in this conspiracy of deprivation of rights against plaintiff, and legal malpractice. She even conspired with Judge Artur W Willis to submit the necessary motions for involuntary commitment. And made no objection to the unlawful change of venue performed by Pitman and Willis. And is clearly liable for 5th Amendment violation of right to effective counsel. All unlawful willing wanton Constitutional violations being done in reckless deliberate indifference for plaintiffs constitutional protections and with malicious, sadistic intent to cause injury and harm and with a clearly culpable mind state. And is liable to plaintiff in her individual and official capacity for counts 1-14. And

knowingly and willingly joined said conspiracy when she refused to file any motions in plaintiffs favor in 2019.

### Tommy Brewer

Joined the conspiracy in 2023 when he committed perjury in this case stating to plaintiff on record via Zoom and in person that he would hold a hearing on plaintiffs motion to dismiss and that he would inspect the evidence plaintiff held proving this court lacked personal, subject matter and geographic jurisdiction in this case. Which plaintiff showed him the Eden Prairie Minnesota Police Report dated 8/27/2019 proving that neither plaintiff nor children in question were even present in Illinois at the time of the alleged crime.

And refused to dismiss the case for lack of jurisdiction or even hold said hearing as he agreed to do. And conspired with Pitman to keep plaintiff further unlawfully restrained in CCDOC. And is liable in his individual and official capacity for said constitutional violations clearly done with reckless deliberate indifference and with malicious, sadistic intent to cause injury and harm and clear culpable mind state and knew full well Cook County Circuit Court held no jurisdiction or probable cause and that no crime had been committed by plaintiff.

Brewer personally issued the TRO to plaintiff in 8/2019 to go to Minnesota and retrieve said minors in question, even modifying the TPO to allow friends Tameka and Mark Jones who lived in Minnesota at the time to retrieve the minors for plaintiff. With the assistance of Eden Prairie MN PD. Evidence that all actions were wanton, willing and intentional constitutional violations and he is liable for violations of counts 1-14 in his official and individual capacity.

### Danielle Tucker

Is being added to this claim as well due to the fact that she willingly joined this conspiracy on or around 11-12/2019. When she notified plaintiff that she had now changed her story of the DCFS case not transferring any custody to Jasmine Hall. To her new claim that plaintiff "must have misunderstood" her remarks regarding the outcome of the DCFS case. On or about 11-12 /2019 plaintiff crossed paths with Tucker in the hallway of the DCFS public defender's office( while plaintiff was going to speak with Tuckers supervisor Aaron) while Tucker was getting into the elevator.  When asked what the actual status and outcome of the DCFS case was, she replied that plaintiff "must have misunderstood "her false interpretation of the outcome of the DCFS case.

Tucker had every opportunity to set the record straight in regards to her false interpretation of events and material facts of the fraudulent DCFS but instead she chose to also join this conspiracy against plaintiff. And she is liable in her individual and official capacity for violations of count 1-14.  All of her actions being clearly malicious, sadistic and committed with reckless deliberate indifference to plaintiffs constitutionally protected rights and to severe intentional injury and damage caused to plaintiff and minors and with clearly culpable state of mind. And the fact that she now has changed her storyline is indisputable evidence of her culpability. And for this reason she must be added to this claim as well.

### Luciano Panici

Is one of the masterminds of the entire conspiracy and officially joined the conspiracy on 10/15/2019 when he created a knowingly fraudulent warrant for the arrest of plaintiff and issued a fraudulent pin wire tap on plaintiffs cellphone.  Without any lawful probable cause to do either and sealed the unlawful actions via an unlawful impound order. Serving as evidence that he was fully aware that  no probable cause existed to warrant said actions.

And willingly conspired with Craig Engebretson, Catherine C Howlett and Steger police investigators Boern and Lane. Panici had full access to Cook County Circuit Courts TPO order issued by the court to the mother to retrieve said minors from Minnesota. He had full access and knowledge of the Eden Prairie Minn Police Report which was generated on 8/27/2019 @ 2:31pm. Clearly stating the children in question were retrieved in Minnesota by the plaintiff.

Undeniable evidence that no crime had been committed by the mother and that no probable cause or jurisdiction was held by Cook County Circuit Court to bring forth said criminal child abduction charges. And knew full well that the Steger PD complaint was fraudulent and serves as evidence of why he refused to sign it. Panici knew A. Hall was never apart of the Cook County DCFS case and knew Jasmine Hall's perjurious claim of full sole custody of A. Hall was fraud.

Luciano would go on to create an unlawful order for the plaintiff to have not contact with said minors. All constitutional violations clearly being done in reckless deliberate indifference and disregard for plaintiff and minors constitutionally protected rights and deliberately intended to cause severe injury to all victims with his unlawful conduct against plaintiff and minors. All done with clear malicious, sadistic, wanton intent and with a culpable mind state which the unlawful impound order is undeniable evidence of. And he is liable in his individual, and official capacity for violations of counts 1-14.

### Illinois Department of Children and Family Services

Is liable for failure to supervise employees and keeping a clearly fraudulent environment and a clear undeniable expressed policy that causes a constitutional deprivation when enforced2) And is clearly a widespread practice, that, although unauthorized, is so permanent and well settled that it constitutes a custom, or usage with the force of law. Which is clearly the unlawful use of the unwarranted psychotherapist evaluation recommendation which is utilized whenever a parent speaks up to the unlawful DCFS proceedings and the officials want to make sure the minors are seized from the parents indefinitely. Where their employees feel very comfortable in their fraudulent activities and constitutional violations, and conspiracy of deprivation of rights. And is clearly encouraged to be carried out against families of color on a regular basis.   So much so that news outlets have written and published detailed reports of this unlawful use of this evaluation.

And refused to investigate false allegations of Lane or any other false reporters against plaintiff and created a false five year unlawful finding of kidnapping, neglect and abuse against plaintiff. Evidence of defamation, slander and libel. Which could have been easily disproven by public records of Steger Police Reports and Eden Prairie Minn Police Report. Which clearly showed Jasmine Hall abandoned the minors several months prior with his mother Vanessa Hall and that mother received a TPO order from Markham courthouse to go to Minnesota to retrieve the minors in question. Clear conspiracy that the Illinois DCFS willingly and knowingly joined when they decided to generate said false reports and allegations. And are liable for their reckless deliberate indifference to plaintiff and minors constitutionally protected rights and for clearly intentional malicious, sadistic wanton injury that they intended to cause to mother and children in this case and liable for violations of counts 1-14.

### Jennifer Carlson

Made false reports to Illinois Department of Children and Family Services and conspired with Steger Police Investigator Jordan Lane to issue a knowingly false status of "armed and dangerous" in this case to conspire to commit aggravated kidnapping at gunpoint in investigation handoff report page 4 of 49 by Jennifer Carlson where she states "reporter was told that Stefanie's rights were terminated in Illinois... risk taken due to Stefannie's rights terminated." Which she knew or should have known by the Illinois DCFS Disposition Order issued in 2016. Clearly a part of the DCFS record on file since 2016, which Carlson

as a Hennepin County DCFS worker had full access to obtain knowledge of. As well as referred to in numerous Steger Police Department reports created in 2018 which are all public record.

Clear evidence of her intent to commit, conspiracy, fraud, deprivation of rights, and unlawful restraint. All these clearly unlawful unconstitutional violations being done with reckless deliberate indifference to plaintiff's constitutionally protected rights and with complete reckless deliberate indifference for the pain and injury, and suffering caused to said plaintiff. All clearly being done with undeniable malicious sadistic intent and clear culpability. Making her liable in their individual and official capacities for injury caused by counts 1-14. Willis clearly joined the conspiracy of deprivation of rights in 2019, when she generated this false report.

### Holly McGarrity

Knowingly generated an invalid fraudulent indictment court transcript. Falsely claiming that an indictment hearing was held indicting plaintiff that she knows never actually took place. He invalid court transcript failed to list alleged time of said indictment hearing, failed to list location (court room number) of alleged hearing, failed to list presiding judge of said hearing. Failed to transcribe every word uttered at said hearing. Listed two to three word answers for every question allegedly answered  by alleged witness Jordan Lane. Failed to list any evidence presented as exhibits to prove any material claims made by the prosecution for the jury to even deliberate on. Clearly an invalid inaccurate transcript of a fictitious hearing that never could have possibly lawfully occurred in this case.

Clear evidence of fraud conspiracy, and her undeniable intent to commit conspiracy, fraud, deprivation of rights, and unlawful restraint. All these clearly unlawful unconstitutional violations being done with reckless deliberate indifference to plaintiff's constitutionally protected rights and with complete reckless deliberate indifference for the pain and injury, and suffering caused to said plaintiff. All clearly being done with undeniable malicious sadistic intent and clear culpability. Making her liable in their individual and official capacities for injury caused by counts 1-14. Willis clearly joined the conspiracy of deprivation of rights in 2019, when she generated this false transcript.

### Grand Jurors John /Jane Doe  1-12

Cook County Circuit Court record falsely reflects that an indictment hearing was held in this criminal proceeding in 12/2019. Where 12-26 grand jurors returned an indictment against plaintiff which proved their goal of the hearing listed on page 2 of the indictment transcript. Which was to prove that plaintiff was physically present in Cook County Illinois on 8/27/2019, abducting minors A,E,I Hall from the custody of Jasmine Hall. The transcript claims that no evidence was entered onto the record as Exhibits for alleged grand jurors to even deliberate on. Transcripts states a judge's order was issued for the return of minors to Hall. No such order ever existed and is clear perjury being committed by Foxx, Lane, and Malone.

But somehow these grand jurors returned an indictment based on the evidence revealed on page 4 lines 15-19. Which clearly states that neither the minors in question nor the plaintiff were located in the state of Illinois county of Cook on 8/27/2019. Clear evidence of fraud and conspiracy of Cook County State Attorney Kimberly M Foxx, Krystal Malone, Steger PD officer Lane, anonymous judge who is never named but assumed to be Reddick, and the court reporter who clearly engineered this fraudulent transcript as well as the J/J Doe grand jurors.

During plaintiffs investigation it has been determined that none of CCDOC inmates were actually afforded an official indictment hearing. As plaintiff also clearly was not afforded. It is requested that this court order Foxx, and Malone to provide the names and contact information and qualifications of all J/J

Doe jurors. Whom they claimed returned this clearly fraudulent indictment against plaintiff. Who are all liable for their clearly unlawful actions in their individual, and official capacity for reckless deliberate indifference regarding plaintiffs constitutionally protected rights and their clearly fraudulent malicious, sadistic wanton deliberate intentions to cause injury to plaintiff and are liable for violations of counts 1-14. And all duties clearly performed with a culpable mind state.

### Hennepin County Department of Child Protection Services

Is liable for failure to supervise employees and keeping a clearly fraudulent environment and a clear undeniable expressed policy that causes a constitutional deprivation when enforced2) And is clearly a widespread practice, that, although unauthorized, is so permanent and well settled that it constitutes a custom, or usage with the force of law. Where their employees feel very comfortable in their fraudulent activities and constitutional violations, and conspiracy of deprivation of rights. And is clearly encouraged to be carried out against families of color on a regular basis. Hennepin county CPS and its employee knew full well that the sexual abuse allegation was false, unfounded, and created by their employee. And never should have been repeated to Illinois Stroger hospital employee.

And refused to have these false allegations removed from their records, and allowed false unfounded malicious allegations to be used against defendant as the basis for a fraudulent Illinois proceeding. Evidence of defamation, slander and libel. Clear conspiracy that the Illinois DCFS, and Hennepin county CPS willingly and knowingly joined when they decided to generate said false reports and allegations. And are liable for their reckless deliberate indifference to plaintiff and minors constitutionally protected rights and for clearly intentional malicious, sadistic wanton injury that they intended to cause to mother and children in this case and liable for violations of counts 1-14.

### Cook County Circuit Court

On 10/15/2019 Cook County Circuit Court conspired to use their positions as CCCC officials to frame plaintiff on false charges of child abduction. They created false documentation and warrants, reports and claims all under the corporate vail of Cook County Circuit Court. They used these knowingly false claims to conspire against plaintiff's liberty and rights to children. They had three of plaintiff's children kidnapped at gunpoint with co conspiring agents of Hennepin County Minnesota. And went on to falsely arrest plaintiff and have her held and tortured for over 3 years in CCDOC under these knowingly false claims.

Cook County Circuit Court has a well established history and pattern of deprivation of rights against plaintiff. All actions were done with clear undeniable malicious intent and deliberate indifference with the intent of causing injury, and damage to plaintiff as well as plaintiff's children. And are liable in their official capacity for damages and injury of counts 1-14.

### Federal Bureau of Investigations Brooklyn Center Minnesota

Is liable for failure to supervise employees and keeping a clearly fraudulent environment and a clear undeniable expressed policy that causes a constitutional deprivation when enforced2) And is clearly a widespread practice, that, although unauthorized, is so permanent and well settled that it constitutes a custom, or usage with the force of law. The FBI was fully aware of the harassment being performed against plaintiff of the warrantless raid conducted on plaintiffs residence at 2645 James Ave minneapolis MN by its agents equipped with helicopters. The were fully aware that no judge's order ever existed to warrant the unlawfully seizure and kidnapping of the minors. They were fully aware that body camera is required by law and conspired to disguise Hennepin County Sheriff as an FBI agent allowed him to

identify himself as an FBI agent via harassing telephone calls prior to the unlawful raid and seizure. And even allowed the sheriff deputy to display an FBI vest and create a false report stating that he identified himself as a sheriff deputy. All in order to avoid the lawful requirement of body camera footage and recording in this case. They conspired to create knowingly falsified information, and reports to obtain a fraudulent arrest warrant. They used fraudulent information of the allegations that the mother had "abducted her children from the father in Illinois and fled to Minnesota." That public prior records of Eden Prairie Minnesota PD disproved without a doubt. The kidnapped the mother and children on 10/17/2019, without an active NCIC warrant listed in the system. And lied about and concealed the whereabouts of the children and the presence of a return order from a judge for the children. These employees feel very comfortable in their fraudulent activities and constitutional violations, and conspiracy of deprivation of rights. And is clearly encouraged to be carried out against families of color on a regular basis.

The FBI refused to address the issue on numerous occasions and attempts to communicate this occurrence by the plaintiff. Even hanging up on the plaintiff in in April of 2023 and refusing any relief acknowledgement or resolution.  **All actions were done with clear undeniable malicious intent and deliberate indifference with the intent of causing injury, and damage to plaintiff as well as plaintiff's children. And are liable in their official capacity for damages and injury of counts 1-14.**

**Jason Hughes Hennepin County Sheriff Deputy, John Gainer FBI Agent , Miles Beckner FBI Agent , Chris langert FBI agent**

Jason Hughes began calling and harassing the plaintiff around 8/27/2019 after she had retrieved her children from the Vanessa Hall lady in Eden Prairie Minnesota. Hughes, Gainer, Beckner and Langert instructed plaintiff to return her children to Jasmine Hall. Called and harassed plaintiff's family and friends created false claims of plaintiff being found unfit and even sent US Marshals to plaintiff's friends home in Beloit WI looking for her and the children.

The obtained a fraudulent warrant concocted a false report and story of plaintiff  "abducting her children from the father in Illinois and fled to Minnesota." That they used to kidnap plaintiff and the children at gunpoint on 10/17/2019.

This was a clear conscious and malicious violation of constitutional rights of children and plaintiff. **All actions were done with clear undeniable malicious intent and deliberate indifference with the intent of causing injury, and damage to plaintiff as well as plaintiff's children. And are liable in their official capacity for damages and injury of counts 1-14.**

### Count 1 Malicious Prosecution

Elements **1)** Institution and prosecution of judicial proceedings by defendant causing plaintiff to be prosecuted, and playing a significant role in the commencement or continuance of the prosecution. Which all co conspirators clearly did in this case. Commencement, or continuing element **a)** must have initiated a criminal proceeding or their participation in it must have been so active positive a character as to amount of advice and cooperation, liability for malicious prosecution extends to defendants who played a significant role in causing the prosecution of the plaintiff. Which all defendants listed did, especially Hall, Lane, Boern, Ruff, Engebretson, Howlett, Hughes, all FBI agents, and Panici all clearly and undeniably responsible for dining.

**2)** Lack of probable cause: Detectives bias, prejudice and bad faith motives exist as the basis for bringing forth knowingly fraudulent charges in this case. Due to undeniable false, malicious reports based in clear

fiction and personal prejudice of all defendants. Which had no existence in reality whatsoever, fraudulent criminal complaint, fraudulent indictment. Could in no way reasonably have believed probable cause existed to prosecute plaintiff. The presence of malice in this case is undeniable and can in no way be denied as the motivation for the prosecution.

Lane and Boern were clearly informed by Will County ASA Filipiak that "no crime had been committed  in the village of Steger Illinois" and that they held no jurisdiction. Hennepin County District Attorney and FBI's failure to bring any criminal charges as requested by Steger Police Dept.,Lane, Ruff,  Hall, and Boern. And serves as evidence that all co conspirators knew absolutely no probable cause ever existed and serves as improper motive. And it is undeniable that Cook County Circuit Court and all conspiring officials knew they had no authority to bring said criminal charges against plaintiff. And no lawful motive, no probable cause, no crime, and no jurisdiction was ever held or reasonably thought to be held.

**3)** Malice: is proved by showing that the prosecution was started by improper motive which the public Steger Police Dept. Reports and Eden Prairie MN Police Reports and Cook County Circuit Court TPO order returning the minors to the mother all serves as undeniable evidence of malice. And the false malicious reports Lane submitted to DCFS alleging gang affiliation, crack, and heroin use and gun possession and false allegations of leaving children alone for some extended period of time and abandoning A,E,I Hall on a dark back porch at night. All serving as undeniable personally malicious motives against plaintiff. All serving as a culpable state of mind. All co conspirators know no crime had been committed by plaintiff and no probable cause existed so they created it.

**4)** A person who unwittingly gives a prosecuting officer false information of an alleged crime as Hall, Lane, Boern, Hughes, Howlett, Engebretson, Foxx all have done. The entire case was based on the false misrepresentation of the Steger Police Criminal Complaint falsely claiming that Hall held full sole custody of A,E,I Hall. All Cook County Circuit Court officials knew A. Hall was never a part of the DCFS case they claimed awarded him full sole custody. Clear willful wanton misconduct. No lawful conviction could have resulted from these fraudulent claims.

**5)** Termination of the prior cause in plaintiffs favor: The criminal child abduction case was dismissed on 1/8/2024 by Judge Michele M Pitman

**6)** Suffering by plaintiff of some special injury, beyond anxiety, loss of time, attorney fees, and necessity for defending one's reputation. Plaintiffs injury includes but is not limited to deprivation of constitutionally protected right to possession of children, to care of children to a relationship with children to training, relationship and protecting of children who have been severely damaged mentally, physically and sexually while in the custody of Jasmine Hall and his mother Vanessa Hall, aunt's Patricia Hall, Katie Hall, Sarita Hall, and his boyfriend "Stay High" and who knows who else or what else. And have been trafficked several states away by all co conspirators and still haven't been seen or heard from since their kidnapping under the color of law.  And severely traumatized as plaintiff from being kidnapped at gunpoint by all defendants and conspirators. Plaintiff suffers from severe PTSD, and mental instability due to being held in extreme torturous conditions for over 3 years in CCDOC, disenfranchised, loss of income, businesses and stability. Amongst other claims known and unknown.

### Count 2 Civil Conspiracy to Commit Malicious Prosecution

Elements: **1)** An agreement to perform an illegal act which is undeniable in this case by all Steger Pd reports, and Steger Criminal Complaint.  That clearly contradicts, the allegations and events and other public reports and material information and evidence. All co conspirators willfully committed kidnapping of all minors but in specific A. Hall whom they were fully aware was never apart of any DCFS case to have any such custody awarded to Hall. All co conspirators ignored Eden Prairie MN PD Report undeniably

proving plaintiff and all children were located in Minnesota on 8/27/2019. 10 ½ hours away from Cook County Illinois as the fraudulent indictment falsely alleges.

All co conspirators ignored the existence of the Cook County Circuit Court TPO instructing Eden Prairie MN PD to assist the mother in the recovery of said minors. Undeniable evidence of culpable state of mind of willfully committing an illegal act and agreement to ignore these material facts and evidence. The fact that all conspirators ignored the advice of Will County ASA Filipiak advising that no crime had occurred in Illinois and all defendants were in a clear undeniable agreement to deprive plaintiff of constitutionally protected rights.

**2)** Aiding and abetting fraud: Panici knew very well he was aiding and abetting fraud. Evidence serving as the impounding order used to hid the lack of probable cause to issue fraudulent warrant to in plaintiffs cellphone, and to invade plaintiffs right to privacy. And Margaret Fisk's refusal to include the Affidavit of Jordan Lane Listing Probable Cause claims to obtain said warrant. Even after being asked for pages 2-? to be provided to plaintiff never complying with written or verbal requests made by plaintiff on record. And serving as evidence of civil conspiracy against plaintiff. All false reports created by Lane, Boren, FBI agents, Hughes claiming plaintiff kidnapped children from Illinois and Fled to Minnesota is undeniable evidence of aiding and abetting.

The false indictment hearing transcript is evidence of aiding and abetting. The unlawful restraining for over 3 years is evidence of aiding and abetting. The fraudulent Wisconsin Warrant is evidence of aiding and abetting.

**3)** An unlawful overt act in furtherance of the agreement to defraud: The issuance of knowingly fraudulent warrant is evidence of an overt act in furtherance of all Cook County officials to defraud plaintiff. The unlawful restraining and adjudication of a completely fraudulent case for over 3 years is evidence of overt act in furtherance of the agreement. Foxx, Malone, and Stotts efforts to defend their fraud via the federal Habeas Corpus response serve as unlawful overt act in furtherance of the agreement to defraud.

**4)** Plaintiff was severely injured as result of said unlawful actions

### Count 3 Civil Fraud

Elements: **1)** Falsely represented a past or present material fact: Lane, Boern, Hall, Hughes falsely reported that plaintiff kidnapped children from Cook County Steger, Illinois on 10/14/2019 and fled to Minnesota. This being public information via Steger Police Dept.'s own reports and the Eden Prairie MN report and Cook County Circuit Court TPO that was knowable evidence that said allegations were false and could have easily been discovered to be such.

**2)** At the time the false representations were made the Eden Prairie MN Police Report being generated 8/27/2019 @ 2:31 pm. The Cook County Circuit Court TPO being generated 8/6/2019. Steger Police Report stating Hall abandoned the minors in Minnesota several months prior to 8/27/2019 created on 8/27/2019. While Steger PD's fraudulent criminal complaint was dated 10/15/2019 months later.

**3)** Date of all reports serving as undeniable evidence all co conspirators knew the representations were false.

**4) Their signatures and lack of signatures** (Panici's refusal to sign the fraudulent complaint) serves as undeniable evidence of knowledge of these facts.

proving plaintiff and all children were located in Minnesota on 8/27/2019. 10 ½ hours away from Cook County Illinois as the fraudulent indictment falsely alleges.

All co conspirators ignored the existence of the Cook County Circuit Court TPO instructing Eden Prairie MN PD to assist the mother in the recovery of said minors. Undeniable evidence of culpable state of mind of willfully committing an illegal act and agreement to ignore these material facts and evidence. The fact that all conspirators ignored the advice of Will County ASA Filipiak advising that no crime had occurred in Illinois and all defendants were in a clear undeniable agreement to deprive plaintiff of constitutionally protected rights.

**2)** Aiding and abetting fraud: Panici knew very well he was aiding and abetting fraud. Evidence serving as the impounding order used to hid the lack of probable cause to issue fraudulent warrant to in plaintiffs cellphone, and to invade plaintiffs right to privacy. And Margaret Fisk's refusal to include the Affidavit of Jordan Lane Listing Probable Cause claims to obtain said warrant. Even after being asked for pages 2-? to be provided to plaintiff never complying with written or verbal requests made by plaintiff on record. And serving as evidence of civil conspiracy against plaintiff. All false reports created by Lane, Boren, FBI agents, Hughes claiming plaintiff kidnapped children from Illinois and Fled to Minnesota is undeniable evidence of aiding and abetting.

The false indictment hearing transcript is evidence of aiding and abetting. The unlawful restraining for over 3 years is evidence of aiding and abetting. The fraudulent Wisconsin Warrant is evidence of aiding and abetting.

**3)** An unlawful overt act in furtherance of the agreement to defraud: The issuance of knowingly fraudulent warrant is evidence of an overt act in furtherance of all Cook County officials to defraud plaintiff. The unlawful restraining and adjudication of a completely fraudulent case for over 3 years is evidence of overt act in furtherance of the agreement. Foxx, Malone, and Stotts efforts to defend their fraud via the federal Habeas Corpus response serve as unlawful overt act in furtherance of the agreement to defraud.

**4)** Plaintiff was severely injured as result of said unlawful actions

### Count 3 Civil Fraud

Elements: **1)** Falsely represented a past or present material fact: Lane, Boern, Hall, Hughes falsely reported that plaintiff kidnapped children from Cook County Steger, Illinois on 10/14/2019 and fled to Minnesota. This being public information via Steger Police Dept.'s own reports and the Eden Prairie MN report and Cook County Circuit Court TPO that was knowable evidence that said allegations were false and could have easily been discovered to be such.

**2)** At the time the false representations were made the Eden Prairie MN Police Report being generated 8/27/2019 @ 2:31 pm. The Cook County Circuit Court TPO being generated 8/6/2019.  Steger Police Report stating Hall abandoned the minors in Minnesota several months prior to 8/27/2019 created on 8/27/2019. While Steger PD's fraudulent criminal complaint was dated 10/15/2019 months later.

**3)** Date of all reports serving as undeniable evidence all co conspirators knew the representations were false.

**4) Their signatures and lack of signatures (**Panici's refusal to sign the fraudulent complaint) serves as undeniable evidence of knowledge of these facts.

**5)** False representations were made intending that the individuals would rely upon them: All false representations, false reports serving as evidence of intent were used with the intent to falsely arrest and detain said plaintiff for over 3 years according to plan.

**6)** With plaintiff being harmed as a direct result of the reliance on these false misrepresentations.

### Count 4 Conspiracy of Deprivations of Rights

**Elements: 1)** Suffered a deprivation of rights, privileges or immunities secured by the Constitution and laws of the United States. The U.S. Constitution clearly lists the right to be "secure in one's person, houses, papers and effects against unreasonable searches and seizures… no warrant shall issue, but upon probable cause supported by oath or affirmation particularly describing places to be searched persons or things to be seized "secured in the 4th Amendment.

"No person shall be held to answer for a capital crime unless on a presentment or indictment of a grand jury …nor be deprived of life, liberty, or property without due process of law" secured in the 5th Amendment. Both of which plaintiff was undeniably deprived of.

**2)** The act or omission causing the deprivation was committed by a person acting under the color of law. All defendant's acting as employees of a government agency and used their positions to carry out said deprivations of rights. Including Jasmine Hall who is an undercover FBI informant.

Objective element: The deprivation was sufficiently serious, and the subjective element of a culpable state of mind which all public records can serve as undeniable evidence of.

### Count 5 Violation of Due Process Clause of 5th, and 14th Amendments

Which guarantees "No state shall deprive any person of life, liberty, or property without due process of law. **1)** A protected liberty or property interest plaintiff's liberty and property interest to plaintiff's children/estate and right to custody, care possession and to have a relationship with the children. Which clearly was violated by the unlawful "No Contact Order" of Panici. And the conspiracy to commit aggravated kidnapping, and trafficking of the minors several states away, and concealment of the children from plaintiff which is still currently being carried out by all co conspirators.

**2)** Denial of adequate procedural protection, the clear absence of the first initial procedural protection of Geographical Jurisdiction, and two probable cause not being required to be afforded to plaintiff or be present in this case.

### Discrimination Element

1. An official's actions had a discriminatory effect which is undeniable by Lane's malicious racial stereotypical slander, libel and defamation that he submitted to DCFS of crack, and heroin use, gun possession, gang affiliation, mental illness, and abandonment of children. The fact that public defenders of Cook County Circuit Court would have dismissed these unlawful charges and litigated plaintiff's case according to the law and would have created a motion to dismiss in plaintiff's favor if plaintiff were of the Caucasian race. And never would have been held for 3 years on unlawful charges as they did in a Caucasian female name Helen Kolar's (Kohlar's) Cook County Criminal case.

   They informed her upon her incarceration that the false charges would be dismissed to ensure she suffered no emotional stress regarding said charges. Her Judge and ASA's acting on her behalf and on behalf of the state all worked together to ensure that Kolar's constitutionally protected rights be upheld. And the appointed counsel even evoked those constitutional

protections in the motion to dismiss which the judge granted according to law and dismissed the unlawful claims releasing her from CCDOC custody within months not years and without issue. Which they clearly refused to do for plaintiff.

**2)** That a discriminatory purpose motivated the actions: The fact that all co conspirators personal bias, and racially motivated prejudices acted as the only purposed and motivation to frame plaintiff which cannot be denied and is undeniably confirmed by their fraudulent fabricated false reports in combination with their unlawful acts.

**3)** The discriminatory effect element requires that defendant to make a credible showing that a similarly situated individual of another race have been lawfully handled. As Helen Kolar

**4)** Discriminatory intent was a motivation factor in the officials decision to enforce the law against the defendant. The discriminatory intent being the minted to falsely arrest, and frame plaintiff and create false charges all officials knew they held no probable cause or jurisdiction to bring. And the creation of falsified malicious misrepresentations listed on the falsified indictment and criminal complaint serves as undeniable evidence of fraud.

### Count 6 4th Amendment Violation False Imprisonment/Unlawful Restraint

Violation of right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures...No warrant shall issue but upon probable cause, supported by oath, or affirmation, particularly describing the place to be searched, and the person or things to be seized.

By the unwarranted violation of the Privacy Act of 1974 the unlawful stop, detainment, arrest and seizure of minors and plaintiff as well as all witnesses on scene who were held at gunpoint and had their identities illegally ran through the system and unlawfully detained without lawful cause or authority to do so. On 10/17/2019 at 2645 James Ave Minneapolis, MN. No lawful warrant existed to authorize the unlawful seizure of E,I,A Hall or plaintiff.

No probable cause existed whatsoever and knowledge of this lack of probable cause was known by all co conspiring Cook County and Hennepin County officials.

No authority held to detain plaintiff or minors to conceal this fact Hughes created falsified Hennepin County Sheriff Dept. Arrest Report falsely claiming that a judge's order existed to seize minors, and that DCFS agents were in possession of minors. And that plaintiff abducted minors from alleged father Jasmine Hall in Illinois and fled to Minnesota. Serving as undeniable evidence that they all were fully aware that they held no lawful authority to stop, detain, arrest, or seize anyone in this case. And did so in reckless disregard for the law and for plaintiff, and victims rights. Minors, witnesses on scene and plaintiff were all falsely imprisoned, and unlawfully restrained without lawful cause. And intentionally with malice at gunpoint wrongfully restrained and confined in violation of lawful Terry stop requirements. And the fact that they falsified the Hennepin County Sheriff Dept Arrest Report to falsely claim that 1 plaintiff fled to Minnesota from Illinois on 10/14/2019. And 2 that they held a judge's order for their unlawful seizure, and that they were delivering them to CPS. All malicious lies serves as evidence of culpability. Plaintiff's sons over age 21 cousins and friends all requested that the minors be left with them. Which Hughes and FBI agents refused to do and instead chose to kidnap the minors at gunpoint.

### Count 7 8th Amendment Violation Cruel and Unusual Punishment

All conspiring Cook County/ Hennepin County officials acted with deliberate indifference and knowingly disregarded not only plaintiff and minors constitutionally protected rights but also with reckless disregard to objective risk of serious harm and injury their unlawful actions were causing to plaintiff and minors. And all actions being undeniably committed with malicious and sadistic intent to cause serious injury to plaintiff and minors.

1. An objective and substantial risk to plaintiff's health or safety existed. Plaintiff being held in torturous conditions at CCDOC for over 3 years. In cells without heat in -20 degree temperatures and with severely mentally ill inmates. And being falsely labeled as a P3 and involuntarily committed to psychiatric hospitals without cause without any mental illness present or history of mental illness. In efforts to cause a mental health breakdown and constitutes as cruel and unusual punishment and both subjective and objective risk to plaintiff's health and safety. These torture continuing for over 2 ½ years continuously.

2. Corrections officers and Cook County Circuit Court officials all held subjective knowledge of the risk and nevertheless disregarded it. And all co conspirators acted wantonly when inflicting said pain, and injury in violation of 8th Amendment.

### Count 8  Aggravated Kidnapping

1. Whomever unlawfully seizes, confines, inveigles, decoys, kidnap abducts or carries away and holds for ransom or reward or otherwise any person

2. The person is willfully transported in interstate or foreign commerce

3. If two or more persons conspire to violate this. All undeniable factors present in this case and done at gunpoint without any lawful authority to do so. The minors were asked to remain with their brothers, cousins and friends all over age 21 on scene. And all co conspirators refused to do so. Therefore willingly and knowingly kidnapping and removing minors without authority as well as plainitff. On a knowingly fraudulent warrant that was not even active in the NCIC system at 9:30am on 10/17/2019. Evidence being the Hennepin County Jail's refusal to accept plaintiff into the jail for over 2 hours. Due to the fact that no warrant was even active in the system at the time of this kidnapping.

### Count 9 6th Amendment Right to Counsel

All co conspirators violated and intentionally interfered and conspired to deprive plaintiff of right to effective counsel. By 1) Clork Jackson refusing to file anything plaintiff requested of her to provide any defense or to enforce any of plaintiff's rights or interests. By Jackson clearly agreeing to conspire with Pitman to involuntarily have plaintiff committed to a psychiatric hospital without lawful cause. And conspiring with Pitman to waive plaintiff's appearances in court as Pitman requested on record several occasions. As well as conspiring to access plaintiff's confidential medical records without authority to do so. And against objection of plaintiff.

### Count 10 Trespass to Chattels

committed by intentionally (a) dispossessing another of the chattel, or (b) using or intermeddling with a chattel in the possession of another. And occurred when co-conspirators unlawfully seized the minors and unlawfully interfere with mother's right to possess the children. Which has resulted in severe damage being suffered by plaintiff and minors as well. All co conspirators refused to allow minors to remain with their brothers, cousins, and friends present on scene, without authority to do so.

### Count 11 Official Misconduct

A public officer employee or special governmental agent commits misconduct when, in his official capacity or capacity as a special government agent he or she commits.

1. Intentionally or recklessly fails to perform any mandatory duty as required by law or which all sworn officials fail to afford plaintiff constitutional protection to be secure in persons, property, papers and effects and free from unlawful stop arrest, search, seizures. And failed to afford due process of law to plaintiff.

2. Knowingly performs an act which he knows he is forbidden by law to perform: Aggravated kidnapping which the falsified report attempted to falsely justify by creating false claims of plaintiff abducting the minors and fleeing from Illinois to Minnesota with the minors. Falsely claiming a judge's order authorized them to seize the minors from the mother. Pursuing criminal charges without jurisdiction to do so. Which the falsified perjurious criminal complaint stating plaintiff abducted children on 10/14/02019 from Steger Il. Is undeniable evidence that they knowingly performed an act which they knew they were forbidden to do by law. Including the fact that no body cam footage or video footage was taken or produced via discovery as requested multiple occasions on record by plaintiff.

3. With intent to obtain a personal advantage for himself or another he performs an act in excess of his lawful authority. The falsified reports serve as evidence of intent to kidnap plaintiff and minors and obtain monetary gains for doing so. Via a fraudulent criminal proceeding.

4. Solicits or knowingly accepts for the performance of any act a fee or reward which he knows is not authorized by law. An official accepted payment for these unlawful acts committed. Which it is more than likely that a bribe was accepted to even obtain the unlawful warrants.

### Count 12 Violation of Privacy Act

The Privacy Act of 1974 is a federal law that protects individuals from the misuse of their personal information by federal agencies. The law establishes a Code of Fair Information Practice (FIPPs) that governs how federal agencies collect, maintain, use, and share personally identifiable information (PII) in systems of records. The law's goal is to balance the government's need for information with the rights of individuals to privacy.

This act was clearly violated in this case by one Jackson, Willis, Pitaman, Luvelfeld, Neilson Dr. Ayden. All accessing plaintiff's confidential medical records without authorization or lawful cause to do so. And without consent of plaintiff.

As well as, by the issuing of the unlawful, unwarranted Pin warrant/authorization order of plaintiff's cellphone and location without lawful probable cause being present or any crime being committed to lawfully do so. All serving as an illegal wiretap in clear violation of plaintiff's right to privacy.

### Count 13

Intentional Infliction of Emotional Distress Elements 1) Defendant must have intentionally and recklessly brought about the plaintiff's distress. This has been proven via the pleadings submitted by the events, incidents, actions that all took place including but not limited to Lane, Boern, Hughes false reports. And Panici's unlawful order of "No Contact" with minors when he was fully aware that absolutely no crime had been committed by plaintiff. And that all allegations were falsified which he knew by the public records of Cook County Circuit Court TPO, DCFS Disposition order, Eden Prairie MN Police Report. 2) The defendant's conduct must have been extreme and outrageous. It has been proven how the plaintiffs would go out of their way to commit deprivation of rights without cause against plaintiff. Taking extreme measures such as

creating falsified events locations and dates to create a crime that they all knew full well never occurred. Evidence being the perjurious Steger Police Criminal Complaint. Falsely claiming that mother and minors were present in Illinois on 10/14/2019 and abducted by mother when Eden Prairie MN Police Report of 8/27/2019 clearly contradicts this false claim. And the false claim of Jasmine Hall having full sole custody of A.Hall who Cook County Circuit Court DCFS Disposition order clearly contradicts. 3) The extreme and outrageous conduct must be the cause in fact of the plaintiff's emotional distress. These extreme unlawful clearly prejudicial actions being the direct cause of plaintiff's emotional distress. 4) The emotional distress must be severe: The fact that plaintiff was being held in 22 hour lockdown and segregation indefinitely and under constant punishment and restrictions without any sign of relief clearly caused severe emotional distress. The fact that these unlawful actions continued on for over 2 1/2 year and caused plaintiff caused severe emotional distress. The fact that the minors and plaintiff were all kidnapped at gunpoint causing severe trauma stress and harm and injury. All based on completely fabricated false claims, and personal prejudices and bias of the participating officials, is beyond outrageous and extreme conduct and is clearly criminal activity. The fact that a sworn individual acting as a judge would issue an knowingly fraudulent warrant and conspire to have children kidnapped from their mother is sickening, demonic, and criminal and unacceptable.

Which all co conspirators knew plaintiff was highly susceptible to due to her age lack of criminal history and experience with the law and ignorance of the law. As well as history of being deprived of constitutional rights under the color of law by corrupt officials unrebutted.

### Count 14 Legal Malpractice

(1) a professional duty owed to the patient; All judges, officers, and attorney's involved in this cas had a duty to uphold plaintiff's constitutional rights, and the rights of the minors as well. (2) breach of such duty; This duty was breached by all defendants who instead acted as conspirators against plaintiff's rights (3) injury caused by the breach; Severe injury has been caused to plaintiff, and to minor children involved by this breach of duties and (4) resulting damages; Plaintiff has suffered severe damages, and severe injury as well as minors involved in this case.


### Injury/Damages/Relief

1. Plaintiff adopts and incorporates by reference if fully set forth herein the document.
2. As a direct and proximate result of the afore-mentioned acts and/or omissions of the defendants, the plaintiff is entitled to recover damages. The damages for which Plaintiff seeks compensation from the defendants, both jointly and severally, include but are not limited to, the following:
a. Physical, mental, and emotional pain, and suffering of Stefannie Dyson. The plaintiff is and has suffered health issues from malnutrition effects, mental damages, restless nights, constant nightmares, years of feelings of hopelessness, depression, defamation of good character, loss of credibility, years of shame and humiliation, MAJOR PTSD with shock and Trauma, severe emotional pain, Major past and future economic loss including loss of 3 thriving careers, years of suffering
b. Compensatory Damages 60,000,000.00

c. Punitive damages of 60- Million Dollars.
d. The officers properties, and personal assets Les Pendens Lien will be Applied.
c. All costs, including all discretionary costs.
e. The jury be impaneled to try all, and issues joined in the case.

**WHEREFORE**, Plaintiff Stefannie Dyson, requests the following
a. That the court enter a judgment in favor of Stefannie Dyson, and against the defendants on all counts of the Complaint:
b. That the court award compensatory damages in gold to Stefannie Dyson, and against the defendants jointly and severally, in an amount to be determined at trial:
c. That the court award punitive damages to Stefannie Dyson, and against the defendants, jointly and severally, in an amount to determine at trial in order that such an award will deter similar proscribed conduct by the defendants in the future.
d. That the court award Stefannie Dyson, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42. U.S.C. Sec. 1988: and
e. That the court orders compensatory damages to be paid in (federal reserve notes) cash.
f. That the court order an emergency injunctive relief returning the minors A,E,I Hall to Stefannie Dyson immediately. And issue arrest warrants for all participating defendants, and coconspirators in this case. For obstruction of justice, aggravated kidnapping, Conspiracy to commit aggravated kidnapping, official misconduct, conspiracy of deprivation of rights under the color of law, simulation of legal process, Actual, Intrinsic, Extrinsic Fraud, Tampering with public records, practicing law from the bench. And whatever other criminal charges and warrants this court sees fit to issue for the arrest and detainment of all co conspirators named as defendants in this action.
g. That the court grant Stefannie Dyson such other equitable relief that the court deems appropriate.
h. Order DCFS to remove all false reports issued against plaintiff's name and unlawful findings falsely created against plaintiff.

### The Defendant's Liability:
 The plaintiff will prove that an **"action pursuant to official agency policy"** caused her injuries. The Supreme Court has emphasized that "[w]here a plaintiff claims that the agency . . . has caused an employee to [violate plaintiff's constitutional rights], rigorous standards of culpability and causation must be applied to ensure that the agency is not held liable solely for the actions of its employee." *Brown*, 520 U.S. at 405. (the defendant's), through the official own individual actions, have violated the Constitution." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1948 (2009); *see also Starr v.Baca*, No. 09-55233, --- F.3d ---, 2011 WL 2988827, at *2-*3 (9th Cir. July 25, 2011). The constitutional deprivation the plaintiff suffered was the product of a policy or custom of the local governmental unit because an agency's liability must rest on the actions of the agency, and not the actions of the employees of the agency. *See Brown*, 520 U.S. at 403; *City of Canton*, 489 U.S. at 385; *Monell*, 436 U.S. at 690-91; *Fogel*, 531 F.3d at 834; *Webb*, 330 F.3d at 1164; *Gibson*, 290 F.3d at 1187; *Hopper*, 241 F.3d at 1082; *Blair v. City of Pomona*, 223 F.3d 1074, 1079 (9th Cir. 2000); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992). *See also Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011) 4,

### Policies

"Official agency's policy includes the decisions of a government's lawmakers, the acts of its policymaking officials, and practices as persistent and widespread as to practically have the force of law." *Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011).

## Agency's Customs

The plaintiff will establish the agency's liability upon a showing that there is a permanent and well-settled practice by the agency that gave rise to the alleged constitutional violation. *See City of St. Louis v. Praprotnik*, 485 U.S. 112, 127 (1988); *Navarro v. Block*, 72 F.3d 712, 714-15 (9th Cir. 1996); *Thompson v. City of Los Angeles*, 885 F.2d 1439, 1444 (9th Cir. 1989), *overruled on other grounds by Bull v. City & County of San Francisco*, 595 F.3d 964 (9th Cir. 2010). Once the plaintiff, has demonstrated that a custom exists, the plaintiff need not also demonstrate that "official policymakers had actual knowledge of the practice at issue." *Navarro*, 72 F.3d at 714-15; *Thompson*, 885 F.2d at 1444.

## Pleading Standard

There is no heightened pleading standard with respect to the "policy or custom" requirement of demonstrating the agency's liability. *See Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 507 U.S. 163, 167-68 (1993); *see also Empress LLC v. City of San Francisco*, 419 F.3d 1052, 1055 (9th Cir. 2005); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1124 (9th Cir. 2002); *Lee v. City of Los Angeles*, 250 F.3d 668, 679-80 (9th Cir. 2001); *Evans v. McKay*, 869 F.2d 1341, 1349 (9th Cir. 1989).

## Acting under Color of State Law

The question of whether a person who has allegedly caused a constitutional injury was acting under the color of state law is a factual determination. *See Brunette v. Humane Soc'y of Ventura County*, 294 F.3d 1205, 1209 (9th Cir. 2002); *Gritchen v. Collier*, 254 F.3d 807, 813 (9th Cir. 2001); *Lopez v. Dep't of Health Servs.*, 939 F.2d 881, 883 (9th Cir. 1991) (per curiam); *Howerton v. Gabica*, 708 F.2d 380, 383 (9th Cir. 1983). A defendant has acted under color of state law where he or she has "exercised power 'possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law.'" *West v. Atkins*, 487 U.S. 42, 49 (1988) (quoting *United States v. Classic*, 313 U.S. 299, 326 (1941)); *see also Polk County v. Dodson*, 454 U.S. 312, 317-18 (1981); *Anderson v. Warner*, 451 F.3d 1063, 1068 (9th Cir. 2006); *McDade v. West*, 223 F.3d 1135, 1139-40 (9th Cir. 2000); *Johnson v. Knowles*, 113 F.3d 1114, 1117 (9th Cir. 1997); *Vang v. Xiong*, 944 F.2d 476, 479 (9th Cir. 1991); *see also Florer v. Congregation Pidyon Shevuyim, N.A.*, 639 F.3d 916, 922 (9th Cir. 2011).

"Actions taken pursuant to an agency's rules or policies are made 'under color of state law.'" *See Coral Constr. Co. v. King County*, 941 F.2d 910, 926 (9th Cir. 1991). Even if the deprivation represents an abuse of authority or lies outside the authority of the official, if the official is acting within the scope of his or her employment, the person is still acting under color of state law. *See Anderson*, 451 F.3d at 1068-69; *McDade*, 223 F.3d at 1140; *Shah v. County of Los Angeles*, 797 F.2d 743, 746 (9th Cir. 1986). However, "[i]f a government officer does not act within [the] scope of employment or under the color of state law, then that government officer acts as a private citizen." *See Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996) (finding no action under color of state law where a police officer returned to a home where a search had taken place the day before, forced his way in, and tortured the two people residing in the home); *see also Gritchen*, 254 F.3d at 812-13; *Huffman v. County of Los Angeles*, 147 F.3d 1054, 1058 (9th Cir. 1998); *Johnson*, 113 F.3d at 1117-18.

## Affirmative Cause Link

The plaintiff has established an affirmative cause link between the agency's policy or practice and the alleged constitutional violation. *See City of Canton, Ohio v. Harris*, 489 U.S. 378, 385, 391-92 (1989); *Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

## Negligence:

a. The defendants breached the duty of care owed when they proceeded with the court process without an injured party, and without the original contract filed in the court to provide the court with jurisdiction.

b. The breach of duty caused by the defendant caused Stefannie Dyson to suffer substantial damages including past and future legal expenses, past and future economic loss, and past and future noneconomic loss.

c. The defendants acted in the scope of their employment with the state corporation, and the illegal municipal court.

d. Pursuant to the Tucker Act. The court waives immunity for employees violating the rights of state citizens.

e. The Tucker's act also waives the qualified immunity of the judge

## Claims:

**1. Claim-**
Violation of The Tuckers Act.

**2.**
Violation of 42 U.S.C. Sec. 1983

**3. Claim-**
Violation of the Administrative Procedures Act. Of 1946.

**4th Claim**
Violation of The Privacy Act of 1974

## Cause of Action:
A. Violation of the Tuckers Act
A. Common Law Fraud
B. The Violation of Due Process
C. Violation of the Administrative Procedures Act (1946)
**The Administrative Procedures Act (1946)**
This act will prove the plaintiff is not legally obligated to follow court rules that have not gone through the required procedures to "legislative" regulations binding on the public.

## Demand For A Trial By Jury

Comes Now, the plaintiff, and hereby demands a jury trial on all issues so triable to a jury.

Affiant state that everything is true and correct to my best knowledge and belief under the laws of   United   States   of   America.   Signed   this   10th   Day   of   January

2025
1/10/2025

/s/Dyson,Stefannie
_____
Stefannie Dyson
Without Prejudice UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 1/10/2025, the foregoing document was filed in
Court, and a copy was served on the parties below.
Dyson, Stefannie
_____ 1/10/2025
Stefannie Dyson
Without Prejudice UCC 1-308

Stefannie Dyson (homeless No Address To List)
Email: legelano2024@gmail.com

In the care of